UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBINSON

COMMUNITY LIVING CORPORATION,  Plaintiff,

07 CIV 10463

-v-

BOARD OF DIRECTORS OF BEDFORD PLAZA
TENANT CORP. and BEDFORD PLAZA
TENANT CORP.

Defendant.

**Rule 7.1 Statement**

NOV 20 2007

USDC-WP-SDNY

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

___PLAINTIFF___  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: November 16, 2007

Signature of Attorney

Attorney Bar Code: RS7777

Form Rule7_1.pdf  SDNY Web 10/2007