STATE OF NEW YORK:
COUNTY OF NASSAU:

    Robert L. Schonfeld, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside at Long Beach, NY

    On November 20, 2007, I served a copy of the summons and complaint and the application for a temporary restraining order and a preliminary injunction personally upon Eric D. Koster, attorney for defendants, at the Courthouse at 300 Quarropas Street, White Plains, NY 10601.

                                                        Robert L. Schonfeld

Sworn to before me this
28th Day of November, 2007

Notary Public

DOREEN C. SAROVEC
Notary Public, State of New York
No. 5000920
Qualified in Suffolk County
Commission Expires August 24, 20__