UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
COMMUNITY LIVING CORPORATION,   Docket No. 07 CV 10463

                Plaintiff,

      -against-   **NOTICE OF APPEARANCE**

BOARD OF DIRECTORS OF BEDFORD
PLAZA TENANTS CORP. and
BEDFORD PLAZA TENANTS CORP.

                Defendants.
------------------------------------------------------------ X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

    Please enter the appearance of the undersigned as attorneys for Defendants in this action:

    Matthew J. Minero (MM 4925)
    KAUFMAN DOLOWICH & VOLUCK LLP
    135 Crossways Park Drive, Suite 201
    Woodbury, New York 11797
    (516) 681-1100

    I certify that I am duly admitted to practice in this Court.

Dated:  Woodbury, New York
         January 10, 2008

                              KAUFMAN DOLOWICH & VOLUCK LLP
                              Attorneys for Defendants

                              Matthew J. Minero (MM 4925)
                              135 Crossways Park Drive, Suite 201
                              Woodbury, New York 11797
                              (516) 681-1100

To:    Robert L. Schonfeld, Esq.
        MORITT HOCK HAMROFF & HOROWITZ LLP
        Attorneys for Plaintiff
        400 garden City Plaza
        Garden City, New York 11530
        (516) 542-0088

ND: 4830-0820-0706, v. 1